**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**CYPRINE YUNGA MBAH,**

**Petitioner,**

**v.**

**KEVIN RAYCRAFT,** *Immigration and Customs Enforcement, Acting Director of the Detroit Field Office, Enforcement and Removal Operations,*

**Respondent.**

Case No. 1:25-cv-816
Judge Susan J. Dlott
Magistrate Judge Chelsey M. Vascura

## ORDER

This matter came before the Court for a telephonic status conference on December 23, 2025. All parties appeared and were represented by counsel. During the conference, the undersigned **ORDERED** Respondent to file, no later than **DECEMBER 29, 2025**, a declaration by an appropriate official of Immigration and Customs Enforcement ("ICE"). The declaration should state the timeframe within which ICE would be able to arrange travel for Petitioner to be deported to Cameroon, in the event that Judge Dlott lifts her order preventing Petitioner's removal from this District (ECF No. 2). The declaration should also include, as exhibits, the documents in ICE's possession authorizing Petitioner's travel to Cameroon.

It was further **ORDERED** during the conference that Petitioner's deadline to file his Reply is **EXTENDED** to **DECEMBER 31, 2025**.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE