IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Cyprine Yunga Mbah, | : |
| Petitioner, | : Case No. 1:25-cv-816 |
| v. | : |
| Kevin Raycraft, Field Office Acting Director of Enforcement and Removal Operations Detroit, United States Immigration and Customs Enforcement, *et al.*, | : Judge Susan J. Dlott |
| | : Order |
| Defendant. | : |

This matter is before the Court on the Government's Emergency Motion for Relief from this Court's Order (Doc. 2) to Permit Execution of Petitioner's Removal Order. (Doc. 12.) Petitioner was ordered to be removed from the United States to Cameroon on April 30, 2020. (Doc. 1 at PageID 1.) Petitioner was detained by Immigration and Customs Enforcement ("ICE") on October 21, 2025, and filed the pending Writ of Habeas Corpus on November 7, 2025. (*Id*.) On November 13, 2025, the Undersigned issued an Order that the Government neither remove Mbah from this District nor allow him to be removed from this District unless or until the Court orders otherwise. (Doc. 2.)

The Court held a conference with the Government and Petitioner's attorney on December 23, 2025 regarding its request for the Court to lift its November 13, 2025 Order to allow for Petitioner's removal to Cameroon. (Doc. 14.) The Court ordered Respondent to submit a declaration from an appropriate official of ICE to state the timeframe in which ICE would be able to arrange travel for Petitioner to be deported to Cameroon and to include as exhibits documents in ICE's possession authorizing Petitioner's travel to Cameroon. (*Id.*)

That same day, Respondent submitted the Declaration of Luke Affholter, who is employed by the U.S. Department of Homeland Security ("DHS"), U.S. Immigrations and Customs Enforcement and Removal Operations ("ERO"), as a Supervisory Detention and Deportation Officer ("SDDO") for the ERO Detroit Field Office located at the sub-office in Westerville, Ohio. (Affholter Decl., Doc. 15 at PageID 60.)  Mr. Affholter attests that his official duties include managing, scheduling, and executing removal orders for aliens in ICE custody at the Butler County Corrections Center in Hamilton, Ohio.  (*Id*.)  He attests he is familiar with Petitioner, and on October 31, 2025, the Embassy of the Republic of Cameroon issued a valid travel document for Mbah's removal from the United States, which he attached for the Court's review.  (*Id*. at PageID 61; Doc. 15-1.)  He further attests that on December 23, 2025, ICE ERO confirmed that commercial removal flights to Cameroon are available, and Mbah can be removed from the United States to Cameroon via commercial airlines no later than January 29, 2026. (*Id*.)  The Government plans to remove Mbah by no later than January 29, 2026 if the Court lifts its November 13, 2025 Order in this case.  (*Id*.)

The Undersigned is satisfied that Respondent has imminent and verifiable plans to execute the Petitioner's removal to Cameroon.  As such, it **LIFTS** the November 13, 2025 Order (Doc. 2) in this case to allow the Respondent to execute removal of Petitioner to Cameroon.  The Court **ORDERS** that Mbah is to be removed to Cameroon as expeditiously as possible, with January 29, 2026 being the latest date.  If Petitioner is not removed by January 29, 2026 to Cameroon, the parties are to immediately notify the Court.

**IT IS SO ORDERED**.

S/Susan J. Dlott_____
Judge Susan J. Dlott
United States District Court