IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Cyprine Yunga Mbah,                              :
                                                 :
          Petitioner,                            :
                                                 :  Case No. 1:25-cv-816
                                                 :
     v.                                          :
                                                 :
Kevin Raycraft, Field Office Acting Director of  :  Judge Susan J. Dlott
Enforcement and Removal Operations Detroit,      :
United States Immigration and Customs            :
Enforcement, *et al*.,                           :  Order Denying Habeas Petition as Moot
                                                 :  After Removal
          Defendant.                             :

Petitioner Cyprine Yunga Mbah entered the United States in 2019 after fleeing

Cameroon.  (Doc. 1 at PageID 2.)  He filed a Petition for Writ of Habeas Corpus ("Habeas

Petition") challenging his detention by Immigration Customs Enforcement in the Butler County,

Ohio jail pending his removal to Cameroon pursuant to a 2020 immigration order.  (*Id*. at PageID

1, 2.)  Mbah did not challenge the removal order itself.  (Doc. 1.)   Responded filed a Notice of

Petitioner's Removal to Cameroon on January 29, 2026 informing the Court that Mbah was

removed from the United States to Cameroon on January 18, 2026.  (Doc. 18.)  As set forth in

the Respondent's Notice, Mbah's removal renders moot his request for release from detention in

the Habeas Petition.  *See Enazeh v. Davis*, 107 F. App'x 489, 491 (6th Cir. 2004); *Laurent v.

Sessions*, No. 4:18-cv-935, 2018 WL 6732872, at *2 (N.D. Ohio Sept. 11, 2018), *report and

recommendation adopted*, 2019 WL 118603 (N.D. Ohio Jan. 7, 2019).

Accordingly, Mbah's Habeas Petition (Doc. 1) is **DENIED AS MOOT**.

**IT IS SO ORDERED**.


                                        S/Susan J. Dlott_____
                                        Judge Susan J. Dlott
                                        United States District Court